IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DAVID PITLOR, | |
|---|---|
| Plaintiff, | **8:17CV359** |
| vs. | |
| T.D. AMERITRADE, and KUTAK ROCK LLP, | **ORDER** |
| Defendants. | |

Plaintiff's motion to file a supplemental pleading is interpreted as a motion to file an amended complaint. (Filing No. 15). Plaintiff's complaint has not yet been served.

Accordingly,

IT IS ORDERED:

1) Plaintiff's Motion to File a Supplemental Pleading, (Filing No. 15), is granted.

2) Plaintiff's amended complaint shall be filed on or before November 17, 2017.

3) On or before December 27, 2017, Plaintiff shall effectuate service on each of the Defendants, in the absence of which Plaintiff's claims against the unserved Defendant(s) shall be dismissed without further notice.

November 4, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge