IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID PITLOR,<br><br>        Plaintiff,<br><br>vs.<br><br>T.D. AMERITRADE, and KUTAK ROCK LLP,<br><br>        Defendants. | **8:17CV359**<br><br>**ORDER** |

IT IS ORDERED:

1) Plaintiff's motion to supplement, (Filing No. 18), is granted.

2) The operative complaint consists of the Original Complaint, (Filing No. 1), as supplemented by Filing Nos. 17 and 18. See NECivR 15.1(b).

November 21, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge